COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-066-CV

JOHN DAVID CASTLEBERRY
 APPELLANT

AND ALL OTHER OCCUPANTS

V.

FEDERAL NATIONAL APPELLEE

MORTGAGE ASSOCIATION

------------

FROM COUNTY COURT AT LAW 
OF PARKER COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: March 17, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.